Jack Pedone, Respondent, *v.* Title Guarantee and Trust Company, Appellant.

Argued January 17, 1939; decided February 28, 1939.

154

*Flynn L. Andrew, Eugene Z. DuBose* and *John M. Friedman* for appellant. There was no misrepresentation of any material fact nor was there any breach of warranty sufficient to justify the attempted rescission on the part of plaintiff. (*Matter of Berry* v. *Brearton,* 263 N. Y. 274; *Hendrickson* v. *Hodkin,* 276 N. Y. 252; *Canadian Agency, Ltd.,* v. *Assets Realization Co.,* 165 App. Div. 96; *Occhiuto* v. *Title Guarantee & Trust Co.,* 270 N. Y. 577; *Rector* v. *Title Guarantee & Trust Co.,* 246 App. Div. 251; 272 N. Y. 568; *Mills* v. *Bluestein,* 250 App. Div. 440; 275 N. Y. 317; *Crabb* v. *Young,* 92 N. Y. 56; *La Bar* v. *Lindstrom,* 197 N. W. Rep. 756; *Oppenheimer* v. *Title Guarantee & Trust Co.,* 253 App. Div. 356; *Rosenwasser* v. *Blyn Shoes, Inc.,* 246 N. Y. 340; *Buffalo Builders Supply Co.* v. *Reeb,* 247 N. Y. 170; *Matter of Waterson, Berlin & Snyder Co.* v. *Irving Trust Co.,* 48 Fed. Rep. [2d] 704.)

*Sol A. Klein* and *Walter R. Hart* for respondent. Since it is undisputed that the taxes for the second half of 1932 had become a lien on the premises on November 1, 1932, which was two months and four days prior to the sale of the

certificate, the representation could be nothing but a misrepresentation. (*Rector* v. *Title Guarantee & Trust Co.*, 246 App. Div. 251; 272 N. Y. 568; *Fealey* v. *Bull*, 163 N. Y. 397; *Seneca Wire & Mfg. Co.* v. *Leach & Co.*, 247 N. Y. 1.)

*Per Curiam.* Upon this record it does not appear as matter of law that the defendant made any representation which was false in a material and substantial respect.

The judgment of the Appellate Division should be reversed and that of the Trial Term affirmed, with costs in this court and in the Appellate Division.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ., concur.

Judgment accordingly.